UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAY POPOV, et al., each individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC.; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 22cv327-LL-MDD<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO SAN DIEGO SUPERIOR COURT**<br><br>**[ECF No. 21]** |

Before the Court is the parties' Joint Stipulation to Remand Action to San Diego Superior Court. ECF No. 21. After review, the Court **GRANTS** the Joint Stipulation and remands this matter to the Superior Court of California in the County of San Diego for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**.

Dated: August 26, 2022

_____
Honorable Linda Lopez
United States District Judge